IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NAZNEED AHMED AND<br>CHOWDURY AHMED,<br>　　Plaintiffs, | § § § § | |
| v. | § | Civil Action No. 3:17-CV-2821-S-BK |
| THE BANK OF NEW YORK MELLON<br>AS TRUSTEE FOR NATIONSTAR<br>HOME EQUITY LOAN TRUST 2007-B,<br>　　Defendant. | § § § § § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's Motion to Dismiss, Doc. 4, is GRANTED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE.

SO ORDERED this 27th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE